IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01038-PAB

BATRK SHEHATA,

      Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security,
TODD BLANCHE, Acting United States Attorney General,
TODD LYONS, Director of United States Immigration and Customs Enforcement,
KALEI WALKER, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement, Department of Homeland Security,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 10] of Judge Philip A. Brimmer entered on April 10, 2026, it is

**ORDERED** that petitioner the Batrk Shehata's Petition for Writ of Habeas Corpus [Docket No. 1] is **GRANTED**.  It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 13th day of April, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
    Deputy Clerk